FILED
08 APR 22 PM 4:25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

08 cv 0730 WQH LSP

| | |
|---|---|
| RAMON GALENDEZ, JR.<br><br>Plaintiff,<br><br>v.<br><br>JOHN POTTER, U.S. POSTMASTER GENERAL IN HIS OFFICIAL CAPACITY AND UNITED STATES POSTAL SERVICE AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. _____<br><br>COMPLAINT FOR DAMAGES FOR:<br>1) INVASION OF PRIVACY IN VIOLATION OF CALIFORNIA PENAL CODE SECTIONS 630- 637.9;<br>2) UNREASONABLE SEARCH AND SEIZURE IN VIOLATION OF THE FOURTH AMENDMENT OF THE UNITED STATES. CONSTITUTION<br>3) UNLAWFUL INTERCEPTION IN VIOLATION OF TITLE III, 18. U.S.C. 2520; AND<br>4) CONSPIRACY TO INVADE PRIVACY. |

Plaintiff Ramon Galendez, through his attorney Joel C. Golden, for his Complaint against the above-named Defendants alleges as follows:

- 1 -

## INTRODUCTION

1. This is an action for damages against the Defendants for violating Plaintiff Galendez's right to privacy and to be free from unreasonable interception of his telephone conversations in violation of both United States and California Statutes. Defendants, through their agents, Postal Inspector Jerry Donovan, and Injury Compensation Specialist Linda Moore, both federal postal service employees, telephoned Plaintiff, also a federal postal employee at the time, to discuss his workers compensation claim and knowingly recorded and eavesdropped upon that conversation without informing or obtaining the Plaintiff's consent.

## JURISDICTION AND VENUE

2. This action arises under the Constitution and laws of the United States, including Title III (18 U.S.C. 2520) and the Fourth Amendment and California statutes. Jurisdiction is conferred on this Court pursuant to 28 U.S.C. Sections 1331, 1343 and 2201. This Court has pendent jurisdiction of the claims brought under California statutes.

3. Venue is proper in this District pursuant to 28 U.S.C. Section 1391(b) as all of the Complaint's alleged actions occurred in the Southern District of California where Plaintiff resided at all material times and currently resides.

## PARTIES

4. At all times material Plaintiff was a citizen of the United States and a resident of the State of California where he was employed by the United States postal Service.

5. At all time material the Defendants and their agents were acting in their official capacity officially and individually within the scope of their duties and employment except for when they violated the laws that are the subject of this action.

## FACTUAL BACKGROUND

6. Plaintiff was employed by the United States Postal Service as a letter carrier in San Diego, California from 1984 until he was terminated in December, 2003.

7. Having been injured on the job Plaintiff filed a workers compensation claim and was receiving benefits.

8. Defendants, through their employees and agents, Jerry Donovan, Postal Inspector and Linda Moore, Injury Compensation Specialist, telephoned Plaintiff on two separate occasions to discuss his physical condition relating to his injury.

9. The first telephone conversation occurred on September 12, 2002 and the second telephone conversation occurred on February 5, 2003.

10. Each of the above-stated telephone conversations were between Linda Moore and Plaintiff with Jerry Donovan listening, monitoring and tape recording those conversations without Plaintiff's knowledge or consent.

11. Both Ms. Moore and Mr. Donovan acted intentionally and knew that the telephone conversations were being recorded and monitored and further knew that Plaintiff had not been informed of this fact nor had he consented to it.

12. Donovan and Moore intentionally concealed the fact that they were recording these telephone conversations which was being done in a deliberate effort to gather evidence to dispute Plaintiff's workers compensation claim.

13. These recordings were unlawful in violation of both California and United States laws and were done by Mr. Donovan and Ms. Moore as agents of Defendants.

14. After recording these conversations Mr. Donovan provided these tape recordings to the San Diego County District Attorney's Office which filed a twenty-eight count criminal complaint, based in part on the recordings, against Plaintiff charging him with numerous crimes.

15. On May 25, 2005 San Diego Superior Court Judge Thomas Gill acquitted Plaintiff of all criminal charges alleged in the indictment and dismissed all of the proceedings against him by ruling that the tape recorded conversations were unlawfully recorded and listened to by Ms. Donovan and Ms. Moore. In fact,

to secure their testimony the District Attorney gave both Mr. Donovan and Ms Moore immunity.

16. Plaintiff was terminated from his employment in part due to these recordings.

## COUNT 1

## INVASION OF PRIVACY

## VIOLATION OF CALIFORNIA PENAL CODE SECTIONS 630-637.9

17. Plaintiff incorporates by reference all of the previous paragraphs of this Complaint as if restated verbatim herein.

18. Defendants by knowingly intercepting and recording Plaintiff's telephone conversations without his knowledge and consent unlawfully invaded his privacy.

19. As a direct and proximate cause of this invasion of privacy and publication thereof Plaintiff was arrested and charged with crimes, lost his employment and has suffered economic and non-economic damages including humiliation, mental anguish and emotional distress for which Defendants are liable.

## COUNT 2

## VIOLATION OF U. S. CONSTUITUTION FOURTH AMENDMENT

20. Plaintiff incorporates by reference all of the previous paragraphs of this Complaint as if restated verbatim herein.

21.     Defendants by knowingly intercepting and recording Plaintiff's telephone conversations without his knowledge and consent performed an unreasonable search and seizure by government agents in violation of the Fourth Amendment.

22.     As a direct and proximate cause of this unreasonable search and seizure Plaintiff was arrested and charged with crimes, lost his employment and has suffered economic and non-economic damages including humiliation, mental anguish and emotional distress for which Defendants are liable.

## COUNT 3

## UNLAWFUL INTERCEPTION IN VIOLATION OF

## TITLE III – 18 U.S.C 2520

23.     Plaintiff incorporates by reference all of the previous paragraphs of this Complaint as if restated verbatim herein.

24.     Defendants by knowingly intercepting and recording Plaintiff's telephone conversations without his knowledge and consent violated 18 U.S.C. Section 2520 which prohibits said actions.

25.     As a direct and proximate cause of this unreasonable search and seizure Plaintiff was arrested and charged with crimes, lost his employment and has suffered economic and non-economic damages including humiliation, mental anguish and emotional distress for which Defendants are liable.

## COUNT 4

## CONSPIRACY TO INVADE PRIVACY

26. Plaintiff incorporates by reference all of the previous paragraphs of this Complaint as if restated verbatim herein.

27. Defendants, through their agents Donovan and Moore, entered into an agreement with each other to knowingly intercepting and record Plaintiff's telephone conversations without his knowledge and consent.

28. As a direct and proximate cause of this unlawful agreement and conspiracy, Plaintiff was arrested and charged with crimes, lost his employment and has suffered economic and non-economic damages including humiliation, mental anguish and emotional distress for which Defendants are liable.

## PRAYER

**WHEREFORE** Plaintiff seeks the following relief:

1. Judgment be entered against all Defendants and for Plaintiff on all causes of action;

2. Plaintiff be awarded compensatory damages;

3. Plaintiff be awarded punitive damages;

4. Plaintiff be awarded reasonable attorneys fees and costs; and

5. The Court grant Plaintiff all other relief as it deems just and equitable.

Dated: April 21, 2008        By: _____
                                  Joel C. Golden
                                  Attorney For Plaintiff Galendez

☒JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
RAMON GALENDEZ, JR.

**(b)** County of Residence of First Listed Plaintiff  **SAN DIEGO**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
JOEL C. GOLDEN, 2356 MOORE ST #201 SAN DIEGO, CA 92110

## DEFENDANTS
JOHN POTTER, U.S. POSTMASTER GENERAL

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

FILED
08 APR 22 PM 4:25
SOUTHERN DIST...
BY: _____ DEPUTY

'08 CV 0730 WQH LSP

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 U.S.C 2520; 4th amendment to u.s. constitution; California Penal Code Sections 630-637.9
Brief description of cause:
Unlawfully rcorded and eavesdropped on Plaintiff's telephone conversations. Invasion of privacy.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE  04/21/2008
SIGNATURE OF ATTORNEY OF RECORD  _Joel C. Gold_

**FOR OFFICE USE ONLY**

RECEIPT # 15000  AMOUNT 350.00  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____
AB 04/22/08

```
          UNITED STATES
          DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
            SAN DIEGO DIVISION

       #  150100      -  MB

           April 22, 2008
              16:22:38


           Civ Fil Non-Pris
   USAO #.: 08CV0730
   Judge..: WILLIAM Q HAYES
   Amount.:                    $350.00 CK
   Check#.: BC4858



           Total->  $350.00


        FROM: RAMON GALENDEZ JR VS
              JOHN POTTER, US POSTMASTER
```