1  KAREN P. HEWITT
   United States Attorney
2  STEVE B. CHU
   Assistant U.S. Attorney
3  California Bar No. 221177
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-5682

6  Attorneys for all Federal Defendants

7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11 RAMON B. GALENDEZ,                )   Civil Case No. 08CV0730 WQH - LSP
                                     )
12         Plaintiff,                )
                                     )   DEFENDANT'S EX PARTE
13     v.                            )   APPLICATION FOR ADDITIONAL
                                     )   TIME TO RESPOND TO FILE
14 JOHN POTTER, U.S. POSTMASTER)         RESPONSIVE PLEADING
   GENERAL IN HIS OFFICIAL CAPACITY)
15 AND UNITED STATES POSTAL SERVICE)
   AND DOES 1-10, INCLUSIVE          )
16                                   )
                                     )
17         Defendants.               )
                                     )
18                                   )
                                     )
19 _____    )

20                          **I. INTRODUCTION**

21     Pursuant to Fed. R. Civ. P. 6(b)(1)(A), it is requested that the Court issue an order

22 providing additional time for all Federal Defendants (hereafter "the United States" or the

23 "Government") to respond to the Complaint filed in this action by Plaintiff Ramon Galendez.

24 Such an order is authorized under Fed. R. Civ. Proc. 6(b)(1)(A), which allows the Court in its

25 discretion to extend time "with or without motion or notice if the court acts, or if a request is

26 made, before the original time or its extension expires . . . "

27     Further, Local Rule 12.1 for this District provides that extensions of time for responding

28 to a complaint shall only be secured by obtaining the approval of a judicial officer, who shall

base the decision on a showing of good cause.

## II. RELEVANT PROCEDURAL BACKGROUND

Plaintiff Ramon Galendez has filed an action against the United States Postal Service (hereafter "USPS") arising from a number of events, including his attempts to secure worker's compensation benefits, a fraud investigation, and his eventual termination from employment. Plaintiff alleges four causes of action, including conspiracy, invasion of privacy, unlawful interception, and unreasonable search and seizure. Plaintiff seeks monetary damages.

Ordinarily, in an action originally filed in United States District Court against the United States, the time for response to a complaint against the United States is set forth in Fed R. Civ. P. 12(a)(2). That rule affords "60 days after service upon the United States Attorney . . ." within which to respond to the Plaintiff's pleading as opposed to the 20 days generally afforded to non-federal defendants under the Rule.

According to the Court's docket, Plaintiff has not yet filed a proof of service demonstrating that he has completed proper service upon Defendant. Pursuant to Defendant's records, Plaintiff filed his Complaint on April 22, 2008, and counsel received a copy of Plaintiff's Complaint on June 18, 2008. Pursuant to that calculation, and assuming arguendo that service was proper, the United States must file a response to Plaintiff's Complaint on or before August 18, 2008.

## III. DISCUSSION

Plaintiff has claimed wrongdoing covering a number of events that occurred over five years ago, during the years of 2002 and 2003. Certain of Plaintiff's claims have a history dating back more than fifteen years, all the way back to 1991. Given the lengthy time period implicated, the amount of time that has passed since the relevant events, and the number of issues involved, Plaintiff's lawsuit must be put into context, requiring significant time to prepare a response. Due to relative workloads, additional time would be beneficial to allow counsel an opportunity to fully examine Plaintiff's lawsuit in order to prepare a suitable response. Although it appears that Plaintiff has not yet furnished proof demonstrating that he has properly served Defendants, assuming arguendo that Plaintiff has accomplished proper service, and in an

abundance of caution the Government respectfully requests an additional 21 days to respond to Plaintiff's Complaint.

## IV.  CONCLUSION

For the above stated reasons, and assuming <u>arguendo</u> that service is proper, the Government respectfully requests that the Court grant an additional 21 days to respond to Plaintiff's complaint. Pursuant to this additional time, the Government's response to Plaintiff's Complaint would be due on or before September 8, 2008.

DATED: August 13, 2008

KAREN P. HEWITT
United States Attorney

/s Steve B. Chu

STEVE B. CHU
Assistant U.S. Attorney

Attorneys for all Federal Defendants

3