```
 1  KAREN P. HEWITT
    United States Attorney
 2  STEVE B. CHU
    Assistant U.S. Attorney
 3  California Bar No. 221177
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, CA 92101-8893
 5  Telephone: (619) 557-5682

 6  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON B. GALENDEZ,<br><br>             Plaintiff,<br><br>       v.<br><br>JOHN POTTER, U.S. POSTMASTER GENERAL IN HIS OFFICIAL CAPACITY AND UNITED STATES POSTAL SERVICE AND DOES 1-10, INCLUSIVE<br><br>             Defendants.<br>_____ | Civil Case No. 08CV0730 WQH - LSP<br><br>CERTIFICATE OF SERVICE OF ELECTRONIC FILING |

IT IS HEREBY CERTIFIED that:

I, Steve B. Chu, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

On **August 13, 2008,** I am causing service of the following (accompanying) document: DEFENDANT'S EX PARTE APPLICATION FOR ADDITIONAL TIME TO RESPOND TO FILE RESPONSIVE PLEADING

on Plaintiff, by electronically filing the foregoing document with the Clerk of the District Court using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which

1  filing and System results in electronic notification to said attorney of said filing.

3       Executed on this Day of **August 13, 2008**

5                                                         s/ Steve B. Chu
                                                          STEVE B. CHU