# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON B. GALENDEZ, | CASE NO. 08cv0730 WQH (LSP) |
| Plaintiff, | ORDER |
| vs. | |
| JOHN POTTER, United States Postmaster General in his official capacity, UNITED STATES POSTAL SERVICE, and DOES 1-10, inclusive, | |
| Defendants. | |

HAYES, Judge:

GOOD CAUSE SHOWING IT IS HEREBY ORDERED AS FOLLOWS:

　　The response for all Federal Defendants to Plaintiff's Complaint is due on or before September 8, 2008.

DATED: August 27, 2008

　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　United States District Judge