1  KAREN P. HEWITT
   United States Attorney
2  STEVE B. CHU
   Assistant U.S. Attorney
3  California Bar No. 221177
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-5682

6  Attorneys for all Federal Defendants

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| RAMON B. GALENDEZ, | Civil Case No. 08CV0730 WQH - LSP |
| Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT |
| v. | |
| JOHN POTTER, U.S. POSTMASTER GENERAL IN HIS OFFICIAL CAPACITY AND UNITED STATES POSTAL SERVICE AND DOES 1-10, INCLUSIVE | Date:  Oct. 20, 2008<br>Time:  11:00 a.m.<br>Crtrm: 4 |
| | Hon. William Q. Hayes |
| Defendants. | [No Oral Argument Unless Requested by the Court] |

19  **TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

20    Please take notice that on or as soon thereafter as counsel may be heard, in the courtroom
21  of the Honorable William Hayes, the Federal Defendants, through their attorneys of record,
22  Karen P. Hewitt, United States Attorney, and Steve B. Chu, Assistant U.S. Attorney, will bring
23  on their motion to dismiss the instant complaint pursuant to Federal Rules of Civil Procedure
24  ("F.R.C.P.") 12(b)(1) and 12(b)(6). Counsel need not appear for oral argument unless requested
25  by the court.
26    This motion to dismiss with prejudice is based on the ground that the Court lacks
27  jurisdiction over Plaintiff's claims as Plaintiff's causes of action are barred by the applicable
28  statutes of limitation, and Plaintiff cannot state a viable cause of action against the Federal

1 | Defendants.

2 |     This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, Declaration of Conny Beatty, and exhibits filed in support thereof, Plaintiff's Complaint, the court's files and records in this and pending related actions, and any other matter the court may consider at oral argument or otherwise.

DATED: September 8, 2008

KAREN P. HEWITT
United States Attorney

/s Steve B. Chu

STEVE B. CHU
Assistant U.S. Attorney

Attorneys for all Federal Defendants