KAREN P. HEWITT
United States Attorney
STEVE B. CHU
Assistant U.S. Attorney
California Bar No. 221177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-5682

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON B. GALENDEZ, | Civil Case No. 08CV0730 WQH - LSP |
| Plaintiff, | DECLARATION OF CONNY BEATTY IN SUPPORT OF THE UNITED STATES' MOTION TO DISMISS PLAINTIFF'S COMPLAINT |
| v. | |
| JOHN POTTER, U.S. POSTMASTER GENERAL IN HIS OFFICIAL CAPACITY AND UNITED STATES POSTAL SERVICE AND DOES 1-10, INCLUSIVE | |
| Defendants. | |

I, Conny Beatty, declare as follows:

I have personal knowledge of the facts set forth herein, unless specifically stated based on information and belief.

1. I am an attorney with the United States Postal Service at its National Tort Center in St. Louis, Missouri. I have been licensed to practice law in the state of Missouri since 1987, and have been employed by the USPS since August 1999. I have been Agency counsel for the USPS NTC since inception of the NTC in early 2002. Duties of NTC personnel include, among other things, adjudication of personal injury claims containing a sum certain in excess of $50,000.00 that are filed against the Postal Service pursuant to the Federal Tort Claims Act ("FTCA"). I am familiar with the USPS's procedures for handling and processing administrative

claims.

2. Attached to my declaration as <u>Exhibit A</u> is a true and correct copy of the administrative claim filed by Mr. Galendez on this case. I obtained a copy of this document during the process of adjudicating Mr. Galendez's FTCA claim.

3. Attached to my declaration as <u>Exhibit B</u> is a true and correct copy of the letter from the USPS denying Ramon Galendez's administrative claim on this matter.

4. Attached to my declaration as <u>Exhibit C</u> is a true and correct copy of the Letter of Decision from Mr. Galendez's file which effected his removal from Civil Service, dated December 15, 2003. I obtained a copy of this letter during the process of adjudicating Mr. Galendez's FTCA claim.

5. My office has access to a Postal Service database that maintains a record of claims/complaints filed by Postal Service employees with the Merit Systems Protection Board ("MSPB") and the Equal Employment Opportunity Commission ("EEOC"). I caused a search of that database to be undertaken. That search failed to reveal any claim or complaint filed by Mr. Galendez with the MSPB or EEOC with respect to his removal from employment with the Postal Service. Had Mr. Galendez filed such a complaint, records of that filing should have been available for my review.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28 th day of August, 2008.



Conny Beatty

2