1  KAREN P. HEWITT
   United States Attorney
2  STEVE B. CHU
   Assistant U.S. Attorney
3  California Bar No. 221177
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-5682

6  Attorneys for the United States of America

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | RAMON B. GALENDEZ, | ) | Civil Case No. 08CV0730 WQH - LSP |
|----|---|---|---|
| 12 | Plaintiff, | ) ) | CERTIFICATE OF SERVICE OF ELECTRONIC FILING |
| 13 | v. | ) ) | Date:   Oct. 20, 2008 |
| 14 | JOHN POTTER, U.S. POSTMASTER GENERAL IN HIS OFFICIAL CAPACITY | ) ) | Time:   11:00 a.m. Crtrm:  4 |
| 15 | AND UNITED STATES POSTAL SERVICE AND DOES 1-10, INCLUSIVE | ) ) | Hon. William Q. Hayes |
| 16 | Defendants. | ) ) | [No Oral Argument Unless Requested by the Court] |
| 17 |  | ) ) |  |
| 18 | _____ | ) |  |

19

20      IT IS HEREBY CERTIFIED that:

21      I, Steve B. Chu, am a citizen of the United States over the age of eighteen years and a

22  resident of San Diego County, California; my business address is 880 Front Street, San Diego,

23  California; I am not a party to the above-entitled action.

24  On **September 8, 2008,** I am causing service of the following (accompanying) document:

25          **NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

26       **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
             DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**
27
              **DECLARATION OF CONNY BEATTY**
28
    on Plaintiff, by electronically filing the foregoing document with the Clerk of the District Court

1 using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which
2 filing and System results in electronic notification to said attorney of said filing.
3     I declare under penalty of perjury that the foregoing is true and correct.
4     Executed on September 8, 2008

                                              s/ Steve B. Chu
                                              STEVE B. CHU